Paul J. BENEC, Petitioner

v.

ARMSTRONG CEMENT & SUPPLY CORP., Dennis C. Snyder and David Snyder, Respondents

No. 504 WAL 2016

Supreme Court of Pennsylvania.

May 2, 2017

## ORDER

PER CURIAM

AND NOW, this 2nd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.